IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WRIGHT, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:20-cv-00836-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff**

Matthew Wright.

**Defendant**

Tyler Technologies, Inc.

1

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in, or other interest, which could be substantially affected by the outcome of this particular case:

**A. Plaintiff**

Mitchell D. Benjamin, attorney for Plaintiff: Contingent contract with Plaintiff.

Matthew W. Herrington, attorney for Plaintiff: Contingent contract with Plaintiff.

2. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**A. Plaintiff**

Mitchell D. Benjamin

Matthew W. Herrington

Respectfully submitted this February 27, 2020.

                                         */s/ Mitchell D. Benjamin*
                                         Mitchell D. Benjamin
                                         Georgia Bar No. 049888
                                         Matthew W. Herrington
                                         Georgia Bar No. 275411

**DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**

COUNSEL FOR PLAINTIFF

101 Marietta Street, NW, Suite 2650
Atlanta, Georgia 30303
(404) 979-3150 Telephone
(404) 979-3170 Facsimile
benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WRIGHT, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:20-cv-00836-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement which will automatically send email notification to all counsel of record.

                                                    */s/ Mitchell D. Benjamin*
                                                    Mitchell D. Benjamin
                                                    Georgia Bar No. 049888

**DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC**
101 Marietta Street, NW, Suite 2650
Atlanta, Georgia 30303
(404) 979-3150 Telephone
(404) 979-3170 Facsimile
benjamin@dcbflegal.com