IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action File No.<br><br>1:20-cv-00836-AT |

### CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated: March 2, 2020

| | **DELONG, CALDWELL, BRIDGERS,**<br>**FITZPATRICK & BENJAMIN, LLC** |
|---|---|
| | */s/ Mitchell D. Benjamin* |
| 101 Marietta Street, Suite 2650 | Mitchell D. Benjamin |
| Atlanta, Georgia 30303 | Ga. Bar No. 049888 |
| (404) 979-3150 | Matthew W. Herrington |
| (404) 979-3170 (f) | Ga. Bar No. 275411 |
| benjamin@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | **Counsel for Plaintiff** |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WRIGHT, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:20-cv-00836-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing document with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: March 2, 2020

*/s/ Mitchell D. Benjamin*
Mitchell D. Benjamin
Ga. Bar No. 049888
