# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>   Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>   Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## CERTIFICATE OF COMPLIANCE

 We certify that we have read the Court's Standing Order in Cases proceeding before the Honorable Amy Totenberg (Doc. 4) and that we will comply with its provisions during the pendency of this litigation.

 Submitted this 19th day of March, 2020.

*/s/ R. Daniel Beale*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com

*/s/ Maxwell R. Jones*
Maxwell R. Jones
Georgia Bar No. 451289
max.jones@dentons.com

DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.4000
Facsimile: +1.404.527.4198

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system on March 19, 2020:

Mitchell D. Benjamin
Matthew W. Herrington
DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

                                          */s/ R. Daniel Beale*
                                          R. Daniel Beale