# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>   **Plaintiff,**<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>   **Defendant.** | No. 1:20-cv-836-AT |

## TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS

Pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406, and as set forth in *Defendant Tyler Technologies, Inc.'s Memorandum of Law in Support of its Motion To Dismiss*, Defendant seeks dismissal with prejudice of Plaintiff's Complaint (ECF No. 1), on grounds of improper venue. Defendant further requests all general and equitable relief to which it may otherwise be entitled.

| | |
|---|---|
| Dated: March 24, 2020 | */s/ R. Daniel Beale*<br>R. Daniel Beale<br>Georgia Bar No. 043880<br>dan.beale@dentons.com<br>Maxwell Jones<br>Georgia Bar No. 451289<br>Dentons US LLP<br>303 Peachtree Street, NE<br>Suite 5300<br>Atlanta, GA 30308<br>Telephone: +1.404.527.8489<br>Facsimile:  +1.404.527.4198<br><br>Paulo B. McKeeby<br>TX State Bar No. 00784571 (*pro hac vice* pending)<br>pmckeeby@reedsmith.com<br>Amanda E. Brown<br>TX State Bar No. 24087839  (*pro hac vice* pending)<br>aebrown@reedsmith.com<br>2501 N. Harwood Street<br>Ste. 1700<br>Dallas, TX 75201<br>Telephone:      +1.469.680.4232<br>Facsimile:       +1.469.680.4299<br><br>**ATTORNEYS FOR DEFENDANT** |

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above was filed via the Court's ECF filing system on March 24, 2020, and served on the following:

Matthew W. Herrington
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

                                                */s/ R. Daniel Beale*
                                                R. Daniel Beale