# Exhibit A

# Declaration of Gregory Savard

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-00836-AT |

## DECLARATION OF GREGORY SAVARD

I, Greg Savard, declare as follows:

1. Tyler Technologies, Inc. ("Tyler"), defendant in the above referenced lawsuit, provides integrated software and technology services to the public sector such as states, cities, counties and school districts. Tyler's clients are located throughout the United States as well as in other countries. I have worked for Tyler for over 24 years and currently serve as the General Manager for Tyler's EnerGov business unit. I have worked in that capacity since July of 2019.

2. Tyler is incorporated in the state of Delaware.

3. Tyler's principal place of business is located in Plano, Texas.

4. Tyler acquired EnerGov (then known as EnerGov Solutions, LLC,) in November 2012. As a result of the acquisition, Tyler maintains an office in Duluth, Georgia which consists of the former EnerGov business and its employees.

5. The EnerGov business unit of Tyler currently employs approximately

200 employees, around 120 to 150 of whom report to the Duluth office. (Tyler overall employs approximately 5,500 employees.) Many of those employs work remotely outside the State of Georgia. I am one of those remote employees, as I office out of Tyler's office in Yarmouth, Maine.

6. EnerGov sells, implements and services government software that focuses primarily on business permitting, code enforcement and other planning functions. EnerGov's team includes sales representatives, developers, implementation consultants, as well as support employees, who exclusively service EnerGov software.

7. The only other Tyler office located in Georgia supports a different software line known as "MicroPact." Tyler acquired MicroPact in February of 2019. Its software focuses on case management and business process management. There are 12 employees who work out of MicroPact's Newman, Georgia location. As with EnerGov and ExecuTime, which is discussed below, MicroPact employees focus exclusively on the software that MicroPact sells and supports.

8. Prior to being promoted to the EnerGov General Manager position, I worked as the General Manager for a smaller Tyler business unit called ExecuTime. Tyler acquired ExecuTime Software, LLC, an Oklahoma limited liability company, in 2016. ExecuTime's principal office was and remains Little Rock, Arkansas. I served as General Manager of ExecuTime from April 2017 through July 2019.

9. Like EnerGov, ExecuTime employees focus exclusively on ExecuTime software and related services. ExecuTime's principal office is still in Little Rock, Arkansas. ExecuTime does not have an office in Georgia. No ExecuTime software

US_ACTIVE-152276716

or services are provided out of offices in Georgia maintained by other Tyler business units (EnerGov and MicroPact, as discussed above).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Cumberland County, State of Maine, on 3/18/2020, 2020, at 2:33 PM.

*[signature]*
GREGORY SAVARD