# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

　　The undersigned counsel of record for Defendant Tyler Technologies, Inc. ("Tyler") to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:  Defendant Tyler states that it has no corporate parent and that there is no publicly traded corporation that owns 10% or more of its stock.

　　The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:   None.

-1-

US_Active\114477649\V-1

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| Counsel for Plaintiff: | Mitchell D. Benjamin |
| | Matthew W. Herrington |
| Counsel for Tyler: | R. Daniel Beale |
| | Maxwell R. Jones |
| | Paulo B. McKeeby |
| | Amanda E. Brown |

Submitted this 24th day of March, 2020.

*/s/ R. Daniel Beale*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell R. Jones
Georgia Bar No. 451289
max.jones@dentons.com
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.4000
Facsimile: +1.404.527.4198

Paulo B. McKeeby
(*pro hac vice* admission pending)
Texas Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
(*pro hac vice* admission pending)
Texas Bar No. 24087839
aebrown@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
Telephone:  +1.469.680.4200
Facsimile:  +1.469.680.4299

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned hereby certifies that a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system on March 24, 2020. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman, 14 point.

Mitchell D. Benjamin
Matthew W. Herrington
DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta Street #2650
Atlanta, GA 30303

                                                  */s/ R. Daniel Beale*
                                                  R. Daniel Beale