IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT, | |
| Plaintiff, | Civil Action File No. |
| vs. | 1:20-cv-00836-AT |
| TYLER TECHNOLOGIES, INC., | |
| Defendant. | |

# [PROPOSED] ORDER

Plaintiff having filed an Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendant's Motion to Dismiss [Dkt. 15], upon consideration of the same and for cause shown, the motion is **GRANTED**.

It is hereby **ORDERED** that the time in which Plaintiff may file a response to Defendant's Motion to Dismiss [Dkt. 15] is hereby extended for one (1) week through and including April 14, 2020.

**IT IS SO ORDERED** this _____ day of _____ 2020.

_____
Judge Amy Totenberg
United States District Court